IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
        )
        Plaintiff,    )
        )
Vs.    )    Case No. 4:21-CR00159 MTS (NAB)
        )
DONOVAN WALKER,    )
        )
        Defendant.    )

## MEMORANDUM

Comes now Defendant Donovan Walker, by and through Counsel William J. Ekiss and herein files with this Honorable Court, multiple letters of character from starting with (A) Donovan's parents, (B) Donovan's family, (C) Donovan's closest friends, (D) Donovan's college coach and conference tech supervisors, and (E) Donovan's clergy.   Further attached, (F) a list of Donovan's charitable contributions from 2020 thru to 2022, and an IT Certificate of achievement.

The attached is submitted for this Court's review consistent with defendant's request for a variance pursuant to the Sentencing memorandum filed on defendant's behalf.

Respectfully submitted,

LAMPIN LAW FIRM

**/s/William J. Ekiss**
William J. Ekiss (#47389)
Attorney for Defendant
5770 Mexico Rd., Ste. A
St. Peters, MO 63376
(636) 317-6331

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd of June, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Ms. Jillian Anderson, Assistant U. S. Attorney.

<u>**/s/ William J. Ekiss**</u>
William J. Ekiss (#47389)
Attorney for Defendant
5770 Mexico Rd. Ste A
St. Peters, MO 63376
billekiss@lampinlaw.com